**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
Ryan D. Ardi (SBN 348738)
rardi@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANGSHIN LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DONOTPAY, INC., a corporation,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BAHAR SODAIFY REGARDING VENUE PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1780(d)** |

1
DECLARATION OF BAHAR SODAIFY REGARDING VENUE

I, Bahar Sodaify, declare as follows:

1. I am a partner at Clarkson Law Firm, P.C., and counsel of record for Plaintiff. I am licensed to practice in this District, and I am a member in good standing of the State Bar of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Pursuant to California Civil Code Section 1780(d), this Court is proper for trial of this action because Defendant is doing business in this district and the at-issue transaction by Plaintiff occurred in Los Angeles County, California

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Dated: April 19, 2023         */s/ Bahar Sodaify*
                              Bahar Sodaify